JOHN J. MAY et al., Respondents, v. THE NATIONAL BANK OF MALONE, Appellant.

(Submitted March 19, 1878; decided March 26, 1878.)

*Gilbert, Badger & Weed* for appellant.

*S. A. Beman* for respondents.

Agree to affirm.   No opinion.
All concur, except EARL, J., dissenting, and MILLER, J., not voting.
Judgment affirmed.